ASCAL COMPANY, Inc., a Corporation, Appellant, v. Rosie C. VINCENT, Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

J. W. McWhirter, of Tampa, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

---

Rose AUFRICHTIG, Joined by Her Husband, Benjamin M. Aufrichtig, Appellants, v. Howard R. FRAZEE, as Administrator, etc., et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

Lambdin & Ramseur, of St. Petersburg, for appellants.

Ellis & Watson, of St. Petersburg, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

---

Nicholas J. BALESTRIERI, Appellant, v. J. Lawrence KELLEY et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

Snedigar & Baya, of Miami, for appellant.

Marshall F. Sanders, of Miami, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for ·appellant.

---

BOARD OF PUBLIC INSTRUCTION OF PINELLAS COUNTY, FLORIDA, et al., Plaintiffs in Error, v. STATE of Florida ex rel. S. F. BANON, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Archie Clement, of Tarpon Springs, for plaintiffs in error.

H. S. Baynard, of St. Petersburg, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

---

BOARD OF PUBLIC INSTRUCTION OF PINELLAS COUNTY, FLORIDA et al., Plaintiffs in Error, v. STATE of Florida ex rel. M. S. BEERS, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Archie Clement, of Tarpon Springs, for plaintiff in error.

Wylie & Warren, of St. Petersburg, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

---

William BURBRIDGE et al., Appellants, v. Frances I. BICKETT, Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

Copeland & Therrel, of Miami Beach, for appellants.

J. Julien Southerland, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.